## Commonwealth *v.* Hector, Appellant.

Submitted March 15, 1971. *Andrea C. Levin* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Henderson, Appellant.

Submitted April 16, 1971. *Stephen I. Goldring* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.